UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-04429 GAF (VBKx) | Date | June 20, 2011 |
|---|---|---|---|
| Title | William Carter III v. Central Mortgage Company et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:** (In Chambers)

### ORDER REMANDING CASE

Plaintiff William Carter III filed this suit pro se against Defendants Central Mortgage Company ("Central"), First National Bank of Arizona, and Amstar Mortgage (collectively, "Defendants") on February 23, 2011, and Central subsequently removed the case to this Court on May 23, 2011. (Docket No. 1, Not., Ex. A [Compl.].) On June 14, 2011, this Court ordered Central to show cause why the removal was "not procedurally defective for (1) untimeliness and (2) failure to comply with the unanimity requirement." (Docket No. 8.) Central has now responded to the order to show cause ("OSC"). (Docket No. 9.) In its response, Central agrees that its "removal was not timely made," and states "that remand of the action will be appropriate." (Id.)

Accordingly, having conceded that the removal was procedurally defective, the Court hereby **REMANDS** the present action back to the Los Angeles County Superior Court.

**IT IS SO ORDERED.**